UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LUCKETT,<br><br>　　　　　　Defendant. | Case No. 15-cr-00266-HSG-1<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 392 |

Defendant Jeremy James Luckett has filed a motion to vacate under 28 U.S.C. § 2255. *See* Dkt. No. 392. He contends that his guilty plea was not knowing, willing, and voluntary, and that his counsel provided him with ineffective assistance. *Id.* at 5. The United States is hereby **ORDERED** to file an opposition to Defendant's motion by July 30, 2019. Defendant may file a response, if he wishes to do so, by August 30, 2019.

**IT IS SO ORDERED.**

Dated: 5/28/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge