ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    Fax: (415) 436-7234
    Garth.Hire@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00266 HSG |
| Plaintiff, | MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582; ORDER |
| v. | |
| JEREMY JAMES LUCKETT, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Garth Hire, hereby moves to extend the time to respond to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582. In support of this motion to extend time, the government states as follows:

1. On May 8, 2017, defendant Jeremy James Luckett pleaded guilty to narcotics trafficking conspiracy. On October 30, 2017, this Court sentenced defendant to 235 months' imprisonment. Defendant is currently housed at USP Atwater with a projected release date of April 9, 2031.

2. On September 9, 2024, defendant filed a *pro se* motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release). On September 12, 2024, this

Court ordered the government to respond to the motion by September 25, 2024.

3.  Government counsel requires additional time to review materials obtained from the federal Bureau of Prisons regarding defendant's sentence and incarceration and draft an appropriate response to defendant's motion. The government respectfully requests a brief one-week extension until October 2, 2024, to file its response.

Dated: September 27, 2024

ISMAIL J. RAMSEY
United States Attorney

/s/ *Garth Hire*
GARTH HIRE
Assistant United States Attorney

**ORDER**

For good cause shown, the government shall file its response to defendant's motion on or before October 2, 2024.

IT IS SO ORDERED.

DATED:  9/27/2024

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE